ACCEPTED
15-24-00097-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/17/2025 10:08 AM
CHRISTOPHER A. PRINE
CLERK

CAUSE NO:    15-24-00097-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/17/2025 10:08:38 AM
CHRISTOPHER A. PRINE
Clerk

-------------------------------------------

In the Court of Appeals

for the FIFTEENTH Judicial District Austin, Texas

_____

Randall Law,

Appellant,

v.

Texas Department of Insurance - Division of Workers' Compensation

Subsequent Injury Fund, Jeff Nelson, Kara Mace, and Blaise Gerstenlauer,

Appellees.

On Appeal from the

459th Judicial District Court, Travis County

_____

APPELLANT'S ACTUAL FIRST UNOPPOSED MOTION FOR

EXTENSION OF TIME TO FILE REPLY BRIEF

_____

TO THE HONORABLE JUSTICES OF APPEALS FOR THE FIFTEENTH
JUDICIAL DISTRICT AUSTIN, TEXAS

1

Comes Now Randal Law Plaintiff-Appellant in the above styled and numbered cause and respectfully request an extension of time up to include Wednesday, April 16, 2025, in which to file its Reply Brief in the captioned appeal. In support, the Appellant would show the Court as follows:

1. Appellant filed their first unopposed motion to extend time to file Appellants brief on October 2, 2024.

2. On November 22, 2024 the Court granted that motion to extend time to file Appellants brief but this was all done prematurely as the proper Clerks Record was not received/filed into this Court until 1/14/2025. Thus…

3. On January 27, 2025, Appellant's brief was filed thirteen days after the proper Clerks Record was filed thus no motion to extend was implemented.

4. Appellants Reply Brief is currently due on March 25, 2025. Appellant respectfully requests an extension of 30 days. No actual previous Appellant extensions of time have been Court implemented.

5. Appellant is in need of an extension of time due to being a Catastrophic Injured Worker Legally Blind with Closed Head Injury and other bodily injuries and it is in NO way fair and reasonable to require Appellant, in twenty days, to properly process and properly respond to the the vast amount of content provided within the Appelles Brief filed on March 5, 2025.

In particular but not limited to the Appelles, Kara Mace, very recent New Rule and Adoption in regard to the LIB and SIF **issues of this very case** that were, at the time, "**in-process**" attempted negotiations through emails with Counsel of the Appellees all while this very serious lawsuit was/is still in Litigation !.

We were NOT notified at all until it **was specified in Appellees Counsel Brief as a defense** (page 12 content and footnote). This is a blatant and direct undermining and thumbing of the nose at this pending litigation case with *Tex. Lab. Code § 408.161*, *Tex. Lab. Code § 408.201* and the State of Texas Judiciary Process if not a much more usurp under the US and/or Texas Constitution and Statutes.

The New Adopted Rule 28 TAC §131.5. alone has created a MYRIAD of extremely serious issues that Appellant must be able to properly process and properly respond to that twenty days will not in anyway provide enough time under any interpretation of being fair and reasonable.

TITLE 28. INSURANCE    (Adopted Section)

Texas Department of Insurance,

Division of Workers' Compensation

Chapter 131. Benefits--Lifetime Income Benefits

SUBCHAPTER A. GENERAL PROVISIONS.

28 TAC §131.5. *__NEW RULE 2025__*

*__https://www.tdi.texas.gov/wc/rules/adopted/documents/ao131libs0125.pdf__*

6.  This motion is in no way interposed for the purpose of delay, but only to allow this Catastrophic Injured Worker Appellant fair and reasonable time to properly process and prepare to file its Reply Brief.

7. Counsel for the Appellees has stated he does not oppose this request.

Appellant therefore respectfully requests an extension of time to and including Wednesday, April 16, 2025, in which to file and serve its Reply Brief in the captioned appeal.

DATED: Monday March 17, 2025.

Respectfully submitted:    */s/ Randal Law*

Randal Law,    Pro Se

701 E 11th St, Del Rio, Texas 78840,

(830)  768-1556,

rlaw9@stx.rr.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that I contacted counsel for Appellees Canon Hill, and that counsel stated that Appellees are unopposed to the extension requested in this Motion.

/s/ *Randal Law*

Randal Law    Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the 17th day of March 2025:

Canon Parker Hill

Assistant Attorney General

State Bar No. 24140247

OFFICE OF THE ATTORNEY GENERAL OF TEXAS

Administrative Law Division

P.O. Box 12548, Capitol Station

Austin, Texas 78711-2548                    /s/ *Randal Law*

Telephone: (512) 936-1838

Facsimile: (512) 320-0167

Canon.Hill@oag.texas.gov

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 98516369
Filing Code Description: Motion - Exempt
Filing Description: Motion to Extend Reply Brief
Status as of 3/17/2025 11:01 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 3/17/2025 10:08:38 AM | SENT |
| Randal Law | | rlaw9@stx.rr.com | 3/17/2025 10:08:38 AM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 3/17/2025 10:08:38 AM | SENT |
| Canon Hill | | Canon.Hill@oag.texas.gov | 3/17/2025 10:08:38 AM | SENT |